UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO UBINA,<br><br>            Plaintiff,<br><br>      v.<br><br>O. ONYEJE,<br><br>            Defendant. | Case No. 1:21-cv-01623-JLT-SKO (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DISMISS ACTION<br><br>(Doc. 13) |

The magistrate judge issued findings and recommendations that the action be dismissed for Plaintiff's failure to pay the filing fee and failure to comply with the Court's order prior order to do so. (Doc. 13.) The Court granted Plaintiff 14 days to file objections to the recommended dismissal and informed him that the failure to file objections within this period may result in a waiver of rights on appeal. (*Id*. at 2-3, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014); *Baxter v. Sullivan*, 923 F.2d 1391, 1394 (9th Cir. 1991).) More than 14 days have passed, and Plaintiff has neither filed objections nor paid the filing fee in the matter.

According to 28 U.S.C. § 636(b)(1)(C), this Court conducted a *de novo* review of this case. Having carefully reviewed the file, the Court concludes the findings and recommendations to be supported by the record and proper analysis. Thus, the Court **ORDERS**:

1. The findings and recommendations issued on April 12, 2022 (Doc. 13) are adopted in full.

2. The action is DISMISSED without prejudice.

3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: __**May 6, 2022**__

_/s/ Jennifer L. Thurston_
UNITED STATES DISTRICT JUDGE